1  RAUL CADENA (SBN 185787)
   rcadena@cadenachurchill.com
2  NICOLE R. ROYSDON (SBN 262237)
   nroysdon@cadenachurchill.com
3  **CADENA CHURCHILL, LLP**
   701 B Street, Suite 1400
4  San Diego, CA 92101
   Telephone: 619.546.0888
5  Facsimile: 619.923.3208

6  Attorneys for Plaintiff Yvette Moorhead

7  STUART D. TOCHNER (SBN 123758)
   stuart.tochner@ogletreedeakins.com
8  ANGELA PAK (SBN 240177)
   angela.pak@ogletreedeakins.com
9  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   695 Town Center Dr., Suite 1500
10 Costa Mesa, CA 92626
   Telephone: 877.883.2818
11 Facsimile: 877.804.5830

12 Attorneys for The Hertz Corporation, et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YVETTE MOORHEAD, an individual, | CASE NO.: CV 10-04207-RGK (JEMx) |
| Plaintiff, | |
| v. | **STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| THE HERTZ CORPORATION, a Delaware Corporation; HERTZ CLAIM MANAGEMENT CORPORATION, a Delaware Corporation; and DOES 1 through 20, inclusive | |
| Defendants. | Judge: Hon. R. Gary Klausner<br>Magistrate: Hon. John E. McDermott |

IT IS HEREBY STIPULATED by and between Plaintiff Yvette Moorhead ("Plaintiff") and Defendants The Hertz Corporation and Hertz Claim Management Corporation (collectively "Defendants"), through their respective counsel of record, that the above-entitled action be and hereby is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

**CADENA CHURCHILL, LLP**

Dated: January 21, 2011

By: _____
Raul Cadena, Esq.
Nicole R. Roysdon, Esq.
Attorneys for Yvette Moorhead

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

Dated: January 19, 2011

By: _____
Stuart D. Tochner, Esq.
Angela Pak, Esq.
Attorneys for The Hertz Corporation and Hertz Claim Management Corporation